IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE COMPANY | § § § | |
| V. | § § § | CIVIL ACTION NO. 4-11-CV-03061-GHM |
| T. WADE WELCH & ASSOCIATES, ROSS W. WOOTEN, T. WADE WELCH, JOSEPH H. BOYLE, CHAD HAGAN and DAVID NOLL | § § § § | |

## ANSWER TO AMENDED COMPLAINT

Joseph H. Boyle, Chad Hagan, and David Noll answer the allegations of OneBeacon Insurance Company's Amended Complaint for Declaratory Judgment [Doc. 52].

1. The allegations of paragraphs 5-9 and 33 of the Amended Complaint are admitted.

2. The allegations of paragraphs 32, 51, 59, 64, 66, and 67 are denied.

3. These defendants are without sufficient knowledge to admit or deny the allegations of paragraphs 1-4, 10-26, 27-31, 45-50, 53-58, 61-63, and 65.

4. The remaining paragraphs of the Amended Complaint do not require a response, principally because the allegations regarding the Colorado Litigation have been dismissed as moot.

1

498007

5. The Amended Complaint makes no specific allegation against Boyle, Hagan, or Noll. It seeks no specific relief against these defendants. To the extent the Amended Complaint seeks merely to bind these defendants to any determination made by this Court regarding the validity and enforceability of the two insurance policies at issue, these defendants have already stated—and now repeat—their willingness to be bound by the judgment of this Court, whether they are named as parties or not.

6. It was not necessary to name these defendants as parties in this case. These defendants seek recovery of their fees and expenses incurred in appearing in this case and defending this suit.

Therefore, Boyle, Hagan, and Noll request that the Plaintiff take nothing against them, that they be entitled to recover their costs of court, their attorneys' fees and expenses, and for such other and further relief to which they may be justly entitled.

498007

Respectfully submitted,

**BECK, REDDEN & SECREST, LLP**

By  /s/ *Murray Fogler*
      Murray Fogler
      State Bar No. 07207300
One Houston Center
1221 McKinney, Suite 4500
Houston, Texas 77010
713.951.3700
713.951.3720 (Fax)

**ATTORNEYS FOR DEFENDANTS
JOSEPH H. BOYLE, CHAD HAGAN
AND DAVID NOLL**

3

498007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Answer to Amended Complaint [on behalf of Defendants Joseph H. Boyle, Chad Hagan and David Noll] was served in compliance with the Federal Rules of Civil Procedure on May 4, 2012, on the following counsel of record, as follows:

Barry G. Flynn
**GORDON & REES, LLP**
3D/International Tower
1900 West Loop South, Suite 1000
Houston, Texas 77027
*E-Filing and Fax 713.961.3938*

William E. Murray
**GORDON & REES, LLP**
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
*Fax 860.560.0185*

David L. Miller
Diane F. Burgess
Meri C. Maguire
**MILLER, SCAMARDI & CARRABA, P.C.**
6525 Washington Avenue
Houston, Texas 77007
*E-Filing and Fax 713.861.3596*

Ross W. Wooten
3126 Redgum Drive
Katy, Texas 77449
*Regular Mail*


　　　　　　　　　　　　　　　*/s/ Murray Fogler*
　　　　　　　　　　　　　　　**MURRAY FOGLER**