# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-11-3061 |
| | § | |
| T. WADE WELCH & ASSOCIATES, et al., | § | |
| | § | |
| Defendants. | § | |

## JURY NOTE 1

pg. 18  ~~Damages~~ Question 1: Paragraph 4
Clarification of what the damage values would
be, as a matter of law?

Date: 1-17-14   1:13pm

Presiding Juror: [redacted]

*********************************************************************

Settlement demand:    $5 million
Judgment         :    $13.5 million
"Stowers" damages :    $8.5 million

Date: 10/17/14

Gray H. Miller
United States District Judge

JURY NOTES SHOULD BE USED IN NUMERICAL ORDER. JURY NOTES ARE A PERMANENT PART OF THE RECORD. JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS