# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-11-3061 |
| | § | |
| T. WADE WELCH & ASSOCIATES, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

### JURY NOTE 2

Can you please confirm that Damages
Question #1 : Paragraph 4 "matter of
law damages" completly addresses Dish's
lawsuit against Welch without the jury
needing to list these values anywhere
within the Jury Charge document?

10-17-14
Date       2:37p

PRESIDING JUROR

**********************************************************************

YES

Date: 10/17/14
        2:55pm

Gray H. Miller
United States District Judge

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER. JURY NOTES ARE A PERMANENT PART OF THE RECORD. JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS*