IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ONEBEACON INSURANCE COMPANY | § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | H-11-3061 |
| T. WADE WELCH & ASSOCIATES, *et al.* | § § | |
| Defendants. | § § | |

### ORDER APPROVING JUDGMENT SECURITY AND GRANTING STAY

Plaintiff's Unopposed Motion to Approve Judgment Security is **GRANTED**. The Supplemental Supersedeas Bond attached to the motion is **APPROVED**. Enforcement of the Final Judgment [Dkt. No. 409] and the orders awarding attorneys' fees and costs [Dkt. Nos. 457 & 459] is **STAYED** pursuant to Fed. R. Civ. P. 62(d) pending completion of the pending appeal.

This order is without prejudice to the right of the judgment creditors to seek an increase in the judgment security based on the further passage of time.

**SIGNED** this 29 day of Sept, 2015.

_____
GRAY MILLER
UNITED STATES DISTRICT JUDGE

**ORDER APPROVING JUDGMENT SECURITY AND GRANTING STAY – Sole Page**
SP-#7209709-v1-Proposed_Order_Approving_Judgment_Security.doc